FILED: March 10, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2552
(3:13-cv-00687-MOC-DCK)
_____

GRAYSON O COMPANY

      Plaintiff - Appellant

v.

AGADIR INTERNATIONAL LLC

      Defendant - Appellee

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court seals the opening brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk